# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-807 |
| | § | |
| CHRISTOPHER MARK KING | § | |

# O R D E R

The court held a conference on August 22, 2011. The government and the defendant agreed that additional time was needed and orally moved for a continuance. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Government to provide amended report : | September 6, 2011 |
| Defendant to respond by: | September 19, 2011 |
| Amendments to be provided by: | September 26, 2011 |
| Daubert Hearing to be held: | **September 26, 2011, at 9:00 a.m.** |
| Interim Pretrial Conference is set for: | **October 3, 2011, at 8:30 a.m.** |
| Final Pretrial conference is reset to**:** | **November 3, 2011, at 3:00 p.m.** |
| Jury Selection is reset to: | **November 4, 2011, at 9:00 a.m.** |
| Jury Trial begins: | **November 9., 2011, at 9:00 a.m.** |

SIGNED on September 9, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge