**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-10-807 |
| | § | |
| | § | |
| | § | |
| CHRISTOPHER MARK KING | § | |

## O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing,

(Docket Entry No. 80). The  motion for continuance is GRANTED.  The sentencing hearing

is reset to **August 3, 2012 at 9:00 a.m.**

SIGNED on April 30, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge